# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ASHANTE HUNTER, | ) | Case 2:24-cv-02503-CJB-MBN |
| Plaintiff, | ) | District Judge CARL J. BARBIER |
| v. | ) | Magistrate Judge MICHAEL B. NORTH |
| COVINGTON HOUSING AUTHORITY, | ) | |
| Defendant. | ) | |

## MOTION FOR PRELIMINARY INJUNCTION

The Plaintiff Ashante Hunter moves that this Court grant a preliminary injunction restraining the Defendant Covington Housing Authority from withholding her Section 8 rent assistance until it conducts an administrative hearing on the termination of her assistance or until further order of the Court.

Respectfully submitted,

SOUTHEAST LOUISIANA LEGAL SERVICES

By: /s/ *David Williams*
Amythist Kearney, Bar No. 29511
200 Guidry Dr.
Hammond, LA 70403
(985) 345-2130
akearney@slls.org

David H. Williams, Bar No. 17867
1340 Poydras St. Suite 600
New Orleans, Louisiana 70112
Telephone: (504) 529-1063

1

dwilliams@slls.org

*Attorneys for Ashante Hunter*

## CERTIFICATE OF SERVICE

I hereby certify that on November 12 I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Not applicable.

I further certify that I emailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants:

Sarabeth T. Bradley
321 W. 21st Avenue
Covington, LA 70433
sarabeth@stbradleylaw.com

and

Covington Housing Authority
c/o Executive Director: Tammie Groover
303 W. 33rd Ave.
Covington, La 70433
tygroover@bellsouth.net

By:__/s/__*David Williams*_____