UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ASHANTE J. HUNTER<br><br>          Plaintiff,<br><br>v.<br><br>COVINGTON HOUSING AUTHORITY,<br><br>          Defendant. | Docket No. 24-2503 J (5)<br><br>District Judge: Carl J. Barbier<br><br>Magistrate Judge: Michael B. North |

## DECLARATION OF ASHANTE J. HUNTER

1. I, Ms. Ashante J. Hunter, am a resident of Covington, Louisiana. I am over the age of 18 and am of sound mind. This is my declaration based upon my personal knowledge to the best of my ability and belief.

2. I am a single mother of four young children under the age of twelve.

3. Before the actions at issue, I have been a participant in the Section 8 Housing Choice Voucher Program administered by the Covington Housing Authority ("CHA"), since 2018. I have resided in the same unit since I received my voucher.

4. A copy of my lease is attached as Exhibit 1-A.

4. Using my Section 8 voucher I rent a house in Covington from a private landlord. CHA pays the majority of my rent in the form of a Housing Assistance Payment in the amount of $871. I pay the rest, which is my 'tenant portion" in the amount of $304.

5. My tenant portion is based on my income.

6. On September 9, 2024, I received a letter from CHA stating my subsidy assistance "has been terminated" and that as of September 1st I am responsible for the full rental amount for my home.

7. A copy of the letter is attached as Exhibit 1-B.

8. The date stated on the letter was August 30, 2024.

9. When I received the letter on September 9, 2024, the postmark date was marked as September 7th, over a week after the date written on the letter.

10. A copy of the postmarked envelope is submitted as Exhibit 1-C.

11. September 7, 2024 was after the termination of assistance was made effective.

12. September 7, 2024 was after my September rent was due.

13. My landlord advised me that he never received a September or October payment from the CHA.

14. September 10, 2024, I requested an appeal in writing on the termination, which I dropped off at the CHA.

15. Though no hearing was held, on September 17, 2024, the CHA sent me a letter again claiming they had grounds to terminate my voucher, and the contract with the landlord was terminated on August 31, 2024. It also stated that the decision to terminate the housing assistance will remain in effect. The letter is silent regarding an informal hearing.

16. A copy of this CHA response is attached as Exhibit 1-D.

17. The next day on September 18, 2024, I again wrote and requested an appeal to this decision.

18. I still have not received an administrative hearing on the termination of my housing assistance.

19. With the housing subsidy, I only have to pay $304 a month in rent.

20. I got on the housing authority's wait list in 2015 with the Hammond Housing Authority. I applied with the housing authority because I could not find anything I could afford. I was looking for a two or three bedroom and did not find housing, yet I kept looking.

21. During that time, I relied on the kindness of family and friends for places to stay, but it was hard because I had two small children in 2015 and was pregnant with my third child.

22. In 2018, I had three small children and searched for a home. I did not find anything that was affordable for my family in Hammond, so I began searching in Covington, Louisiana.

23. Approximately four months after I began to search for a home in Covington, my turn on the wait list for the Hammond Housing Authority came about and I was issued a voucher by the Hammond Housing Authority. It had been three years.

24. The letter from the Hammond Housing Authority is attached as Exhibit 1-E.

25. On or about two or three weeks after my voucher was issued by the Hammond Housing Authority, my voucher was transferred or ported to the Covington Housing Authority because when I found housing, it was in Covington.

26. After I received my voucher, it took another month, at least, to find a place to live. It was easier because with the voucher, my portion of the rent was affordable for me and my family.

27. Inflation since Hurricane Ida and COVID-19 has driven the rental prices much higher than they were in 2015 or 2018. I have been looking for another place and I have not found any rental homes I can afford, even with only one bedroom.

28. My total income is under $1200 a month, part is from SSI for a child with a disability. I started a new job a few days after this suit was filed. My last paycheck was for 22 hours at $225.87 in October. I was supplementing my income with hairstyling for about $150 a month, but I am not sure I will be able to continue to do hair with my new job.

24. My tenant share ($304 a month) has been paid for September and October rents. I have not yet paid for November, but I let my landlord know it would be late. My landlord and I have had a payment system that has been in place for over a year. I was able to keep up with my utilities, but do not have the means to pay the CHA share for those three months. My October rent was paid by the Samaritan Center Church in Covington. That rent was paid on November 1st directly to the landlord.

25. A copy of the money orders for my rent portion payment for September are attached as Exhibit 1-F.

26. Given the need to cover utilities, phones, and food, I cannot pay anywhere near the $1000 a month for market rents which is the average rental rate for a one bedroom. I have four children and I require a three bedroom. The rents are different depending on the landlord for a three bedroom, but the least expensive I located during my search was $1400.

27. I face homelessness because I have no one else who will take in me and my family in if I am evicted. Those resources were exhausted before I got my section 8 voucher.

28. I do not have a $1000 or more to pay a security deposit for a new apartment if I am evicted and have to find new housing, even with a subsidy if this court ultimately rules in my favor.

3

This is my declaration given this 12th day of November, 2024. I understand that intentionally providing false or misleading information may be considered perjury and carry a potential criminal consequence.

_____
Ashante J. Hunter
Declarant

_____
Amythist L. Kearney
Notary No. 81116, LaBRN 29511

Amythist Kearney
Notary Public
State of Louisiana
Notary ID #81116
My Commission is for Life

4