

## Covington Housing Authority
### Housing Choice Voucher

August 30, 2024

Ashante Hunter
205 W 31st Ave
Covington, LA 70433
RE: **Termination of Assistance**

This letter is to inform you that your Housing Choice Voucher assistance has been terminated. The reason for the termination is as follows:

- **You failed to provide the documentation required for recertification promptly, including but not limited to household income**

- **Engaged in abusive behavior towards the office staff.**

- **Failed to maintain your unit in a decent, safe, and sanitary condition.**

We have a scheduled inspection on September 5, 2024. If the repairs are complete and the recertification is complete the decision will be reconsidered pending a conversation about your behavior moving forward.

As of September 1, 2024, you will be responsible for the contract amount of $1,175.00. The owner can enforce eviction through the justice court if you don't pay the total contract rent.

A hearing can be requested within 10 calendar days from the date of the notice in writing.

Sincerely,

303 W. 33rd Avenue, PO Box 1293, Covington, LA 70434
Phone: 985-898-0345; Fax: 985-898-0983

Exhibit 1-B

*[signature]*

Covington Housing Authority
Housing Choice Voucher Division

cc: MGS Properties, Landlord