August 30, 2024

Ashante Hunter
205 W 31st Ave
Covington, LA 70433

**Covington Housing Authority**
P.O. Box 1293
Covington, LA 70434

A hearing can be requested within 10 calendar days from the date of the notice in writing.

owner can enforce eviction through the justice court if you don't pay the total contract rent.

**COVINGTON HOUSING AUTHORITY**
P.O. BOX 1293
COVINGTON, LA 70434

NEW ORLEANS LA 700
7 SEP 2024 PM 2 L

FIRST CLASS MAIL

TO
Ashante Hunter
205 W 31st Ave
Covington, LA 70433

Exhibit 1-C