

# Covington Housing Authority
## Housing Choice Voucher Program

September 17, 2024

Ashante Hunter
205 W 31st Ave
Covington, LA 70433
RE: **Recertification Packet**

The recertification packet was received on 9/17/2024 in the drop box. However, the **HAP contract was initially terminated on 8/31/2024, due to non-compliance.**

On the morning of 9/5/2024, you were inquiring about your inspection. While speaking with you, you were informed that we had not received the recertification packet. On August 8, 2024, you were instructed to put the packet in the drop box no later than 8/29/2024. After speaking with you on 9/5/2024, the Executive Director approved an extension for the close of business, and I advised you of this while we were speaking. We received that packet that you were supposed to turn in on 9/17/2024 and it is still incomplete and therefore not compliant.

During the inspection, 07/30/2024 you had the recertification packet, and it was explained to you the importance of including all requested documents, especially income. We have continued to stress the importance of timely reporting of income, per the family obligations, and providing numerous opportunities to be compliant.

You have repeatedly been non-compliant with HQS & Family Obligations therefore the decision to terminate your housing assistance through the Housing Choice Voucher Program (section 8) remains in effect.

Sincerely,

*[signature]*

Covington Housing Authority
Housing Choice Voucher Division

303 W. 33rd Avenue, PO Box 1293, Covington, LA 70434
Phone: 985-898-0345; Fax: 985-898-0983

**Exhibit 1-D**