# Hammond Housing Authority



Jackson Square Court     Disaster Housing Assistance Program     Section 8 Voucher

July 11, 2018

Ashante Hunter
411 E. Colorado St
Hammond LA 70403

Dear Applicant,

This letter is to notify you of the status of your Housing Choice Voucher Application. Based on the information you provided Hammond Housing by June 25, 2018, your application is:

__X__     APPROVED - You are eligible to receive a Housing Choice Voucher. You have turned in all required information and your criminal background check is clear. Your appointment to receive your voucher is TUESDAY July 17, 2018 at 2:00 PM.

_____     DENIED – You are ineligible based on your criminal background check and your name is being removed from the waiting list. You may reapply the next time we take applications

_____     DENIED – You are ineligible based on your income and your name is being removed from the waiting list. You may reapply the next time we take applications.

_____     PENDING – Your application is still currently pending the results of your criminal background check. When the report is received, we will notify you in writing. At this time your name will remain on the waiting list.

You may submit an appeal in writing along with supporting documentation within 10 DAYS of the date of this letter Thank you for your cooperation in this matter.

Yours truly,

*Delores Tillman*
Delores Tillman
Executive Director

Enclosures:  form HUD-5380, formHUD-5382, form HUD-5383

**Exhibit 1-E**

"This institution is an Equal Housing Provider"

411 West Coleman Ave  Hammond, LA  70403  Office: (985) 345-2713  Fax: (985) 542-8258