

**Exhibit 1-F**