UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ASHANTE HUNTER, <br><br> Plaintiff, <br> v. <br><br> COVINGTON HOUSING AUTHORITY, <br><br> Defendant. | Case 2:24-cv-02503-CJB-MBN <br><br> District Judge CARL J. BARBIER <br><br> Magistrate Judge MICHAEL B. NORTH |

## NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that Ms. Hunter's Motion for a Preliminary Injunction shall be submitted on November 27, at 9:30, unless otherwise ordered by the Court.

PLEASE TAKE FURTHER NOTICE that any opposition to this motion is due November 19, 2024, unless otherwise ordered by the Court.

Respectfully submitted,

SOUTHEAST LOUISIANA LEGAL SERVICES

By: /s/ *David Williams*

Amythist Kearney, Bar No. 29511
200 Guidry Dr.
Hammond, LA 70403
(985) 345-2130
akearney@slls.org

David H. Williams, Bar No. 17867
1340 Poydras St. Suite 600
New Orleans, Louisiana 70112

1

Telephone: (504) 529-1063
dwilliams@slls.org

*Attorneys for Ashante Hunter*