UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ASHANTE HUNTER | CIVIL ACTION |
| VERSUS | NO. 24-2503 |
| COVINGTON HOUSING AUTHORITY | SECTION: "J"(5) |

### ORDER

Considering the foregoing *Request for Oral Argument* **(Rec. Doc. 11)**,

**IT IS HEREBY ORDERED** that oral argument on Plaintiff Ashante Hunter's *Motion for Preliminary Injunction* (Rec. Doc. 10) is **SET for Wednesday, November 20, 2024 at 9:30 a.m.**

**IT IS FURTHER ORDERED** that any opposition to Plaintiff's *Motion for Preliminary Injunction* must be filed no later than **Monday, November 18, 2024 at 4:00 p.m.**

New Orleans, Louisiana, this 14th day of November, 2023.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE