## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| _____ | ) |  |
| ASHANTE HUNTER, | ) | Case 2:24-cv-02503-CJB-MBN |
|  | ) |  |
| Plaintiff, | ) | District Judge CARL J. BARBIER |
| v. | ) |  |
|  | ) | Magistrate Judge MICHAEL B. NORTH |
| COVINGTON HOUSING | ) |  |
| AUTHORITY, | ) |  |
|  | ) |  |
| Defendant. | ) |  |
| _____ | ) |  |

## ORDER & REASONS

Before the Court is Plaintiff's *Motion for Preliminary Injunction* **(Rec. Doc. 10)**. Oral argument was held on November 20, 2024. Plaintiff was represented by David Williams and Amythist Kearney of Southeast Louisiana Legal Services. Defendant did not file a formal opposition, but emailed the Court some documents, the central one of which has been submitted for the record by Plaintiff as Rec. Doc. 15-1. Defendant did not appear but sent an unenrolled representative, William M. Magee, to be able to speak to the facts.

## DISCUSSION

The facts set out with Plaintiff's *Motion for Preliminary Injunction* were undisputed, and in fact acknowledged by Defendant's representative. The facts concerning what protections Covington Housing Authority's hearing policies provide were disputed, though the policies are attached in Rec. Doc. 15-1. Covington Housing

1

Authority's representative advised the Court that the housing authority retains the hearing officers from a pool of outside hearing officers, not its employees.

Covington Housing Authority has not paid its $871 monthly Housing Assistance Payment for September and the months since. Because of the Plaintiff Ashante Hunter's low income and lack of alternative housing, this places her at imminent risk of irreparable injury, in the form of homelessness.

The Plaintiff has established a strong probability of success on the merits, in that Covington Housing Authority admits her assistance was terminated without the opportunity for the required pretermination hearing, and remains terminated, though no hearing has been held, despite a timely request. The public interest and balance of hardships favor providing housing assistance until the opportunity for a pretermination hearing decision.

The public interest is also served by clarifying some of the basic procedural hearing protections required by federal law.

<u>**CONCLUSION**</u>

Accordingly,

**IT IS HEREBY ORDERED** that the motion is **GRANTED**.

**IT IS FURTHER ORDERED** that such hearing will require that all documents and evidence the Housing Authority will rely on be provided to Plaintiff not less than 5 working days before the hearing. **FURTHER**, at the hearing the Covington Housing Authority must make available witnesses to provide oral testimony as to the relevant factors and circumstances, and its witnesses shall be

subject to cross-examination by Plaintiff's counsel. Ms. Hunter's witnesses as well will be subject to cross-examination. This is required by basic due process even though formal rules of evidence do not apply at the hearing. The hearing officer appointed by the Covington Housing Authority shall be someone not previously involved with the case nor subject to the authority of Covington Housing Authority, who is independent to act as a neutral hearing officer to hear the evidence and make a decision in accordance with the statute and regulations. The hearing officer will issue a written decision which shall be served simultaneously on all parties. No *ex parte* communication between the parties and the hearing officer shall occur.

**IT IS FURTHER ORDERED** that this preliminary injunction is issued without posting of Bond.

**IT IS FURTHER ORDERED** that the Defendant having made no formal appearance in the case, the Clerk serve this order on Covington Housing Authority through their representative at the hearing, William Magee, and through their Chief Executive officer, Tammie Groover by both email and mail:

William M. Magee, Attorney at Law
Bar Roll #8859
33660 Magee Mahner Road
Pearl River, LA 70452
985-630-1916
billmagee@bellsouth.net

Tammie Groover, Executive Director
Covington Housing Authority
303 W. 33rd Ave.
Covington, La 70433
tygroover@bellsouth.net

New Orleans, Louisiana, this 21st day of November, 2024.

_____

CARL J. BARBIER
UNITED STATES DISTRICT JUDGE